E-FILED
Wednesday, 16 July, 2008 03:09:15 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 08-40050 |
| v. ) | |
| ) | VIO: Title 21, United States Code, |
| MICHAEL JOHN WILSON, ) | Sections 841 and 846 |
| BENEDICT THOMAS TERRONEZ, and ) | |
| MARCOS JESUS SOTO, ) | |
| ) | |
| Defendants. ) | |

FILED
JUL 1 5 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE)

From on or about April 2005, to on or about April 21, 2008, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendants,

**MICHAEL JOHN WILSON,
BENEDICT THOMAS TERRONEZ, and
MARCOS JESUS SOTO,**

did conspire with persons known and unknown to the Grand Jury to commit an offense under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), that is, to knowingly and intentionally distribute and possess with intent to distribute at least 5 kilograms of a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 846.

## COUNT TWO
## (DISTRIBUTION OF COCAINE)

On or about April 21, 2008, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendants,

**MICHAEL JOHN WILSON,
BENEDICT THOMAS TERRONEZ, and
MARCOS JESUS SOTO,**

did distribute and possess with intent to distribute a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**A TRUE BILL**

S/Foreperson

**FOREPERSON**

S/Thomas Keith
**RODGER A. HEATON
UNITED STATES ATTORNEY
JKM**