E-FILED  
Tuesday, 22 July, 2008 02:37:02 PM  
Clerk, U.S. District Court, ILCD

AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

**FILED**  
JUL 2 2 2008  
CLERK OF THE COURT  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS

CENTRAL District of ILLINOIS

UNITED STATES OF AMERICA

V.

Michael John Wilson

Marcos Jesus Soto  
*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 08-40050

Upon motion of the __United States Government__, it is ORDERED that a detention hearing is set for __Mon. 7/28/08__ * at __11:00am__

before __U.S. Magistrate Judge Thomas J. Shields__  
*Name of Judicial Officer*

211 19th Street, Rock Island, IL  
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____) and produced for the hearing.  
*Other Custodial Official*

Date: July 22, 2008

S/Thomas J. Shields  
*Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.