E-FILED
Monday, 28 July, 2008 01:17:18 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| Plaintiff | ) |
| | ) |
| | ) CASE NO. **08-40050** |
| | ) |
| **Michael John Wilson and Marcos Jesus Soto** | ) |
| Defendant | ) |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **10:15 AM** on **Tuesday, September 16, 2008** in person in PEORIA.

This matter is set for Jury Trial at 8:30 A.M. on **Monday, September 29, 2008**

at

[ ] Peoria, Illinois

[XX] Rock Island, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 28th day of July, 2008.

s/Thomas J. Shields

THOMAS J. SHIELDS
U.S. MAGISTRATE JUDGE