**SCHULTZ & SKOREPA**
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS AND SOLE PRACTITIONERS
1808 3RD AVENUE
ROCK ISLAND, ILLINOIS 61201

THOMAS A. SKOREPA, P.C.**
HERBERT F. SCHULTZ, JR., P.C.*
LORI J. KIEFFER-GARRISON** SOLE PRACTITIONER
(**Admitted in Iowa and Illinois)
(*Admitted in Illinois only)

TELEPHONE: (309) 788-7481
TELEPHONE: (309) 788-4539
FAX: (309) 788-8779

**FILED**
AUG 1 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

July 30, 2008

## NOTICE OF CHANGE OF ADDRESS

Please be advised that the following address has changed from:

Herbert F. Schultz, Jr.
Attorney at Law
3725 Blackhawk Road, Suite 100
Rock Island, IL 61201

To:

Herbert F. Schultz, Jr.
Attorney at Law
1808 3rd Avenue
Rock Island, IL 61201
(309) 788-4539 – Phone
(309) 788-8779 – Fax
herbschultz@sbcglobal.net
schultzlaw4@sbcglobal.net

Please update any records accordingly.

Thank you.