# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

RECEIVED
2008 JUL 17 P 11:45
US MARSHAL SERVICE
CENTRAL ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 08-40050 |
| Marcos Jesus Soto | ) | |
| Defendant | ) | |

FILED
AUG 19 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest *Marcos Jesus Soto*, and bring him or her forthwith to the nearest magistrate judge to answer an Indictment charging him or her with Conspiracy to Distribute and Possess with Intent to Distribute Cocaine in violation of Title 21, United States Code, Section(s) 841(a)(1) and (b)(1)(A) and Distribution of Cocaine in violation of Title 21, United States Code, Section(s) 841(a)(1) and (b)(1)(C).


**PAMELA E. ROBINSON**
Name of Issuing Officer

S/Pamela E. Robinson
Signature of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

7/15/08 at Rock Island, IL
Date and Location

US MARSHALS SERVICE
CENTRAL ILLINOIS
RECEIVED
2008 JUL 21 P 4:34

**Bail fixed at $ _None_ by U.S. Magistrate Judge John A. Gorman.**

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at  *Rock Island*

| Date Received 07/17/08 | Name of Arresting Officer *Russ Coulter* | Signature of Arresting Officer |
| Date of Arrest 7/18/08 | Title of Arresting Officer  *DEA* | S/L. Hollis |